United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JOSEPH CLEMMONS, | No. C 14-02392 HRL (PR) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has paid the filing fee.

## BACKGROUND

According to the petition, Petitioner pleaded nolo contendere to rape of an incompetent person, along with a prior strike in Monterey County Superior Court. (Pet. 2-3.) Petitioner was sentenced to 12 years in state prison on December 31, 2009. (Id. at 2.) Petitioner did not appeal his conviction.

Petitioner filed petitions for writ of habeas corpus in the state courts, and the state high court denied review on March 19, 2014.

1   Petitioner filed the instant federal habeas petition on May 23, 2014.

2

3   **DISCUSSION**

4   A.   Standard of Review

5   This court may entertain a petition for a writ of habeas corpus "in behalf of a

6   person in custody pursuant to the judgment of a State court only on the ground that

7   he is in custody in violation of the Constitution or laws or treaties of the United

8   States." 28 U.S.C. § 2254(a).

9   It shall "award the writ or issue an order directing the respondent to show

10  cause why the writ should not be granted, unless it appears from the application that

11  the applicant or person detained is not entitled thereto." Id. § 2243.

12  B.   Legal Claims

13  Petitioner claims that he received ineffective assistance of counsel in

14  accepting the plea agreement because counsel did not inform him of his right to

15  court-appointed experts to test the victim's ability to give consent. Liberally

16  construed, this claim is cognizable under § 2254 and merits an answer from

17  Respondent.

18

19  **CONCLUSION**

20  For the foregoing reasons and for good cause shown,

21  1.   The Clerk shall serve by certified mail a copy of this order and the

22  petition (Docket No. 1) and all attachments thereto on Respondent and Respondent's

23  attorney, the Attorney General of the State of California. The Clerk also shall serve

24  a copy of this order on Petitioner.

25  2.   Respondent shall file with the court and serve on Petitioner, within

26  **sixty (60) days** of the issuance of this order, an answer conforming in all respects to

27  Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of

28  habeas corpus should not be issued. Respondent shall file with the answer and serve

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1    on Petitioner a copy of all portions of the state trial record that have been transcribed

2    previously and that are relevant to a determination of the issues presented by the

3    petition.

4          If Petitioner wishes to respond to the answer, he shall do so by filing a

5    traverse with the Court and serving it on Respondent within **thirty (30) days** of his

6    receipt of the answer.

7          3.     Respondent may file a motion to dismiss on procedural grounds in lieu

8    of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules

9    Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall

10   file with the Court and serve on Respondent an opposition or statement of non-

11   opposition within **thirty (30) days** of receipt of the motion, and Respondent shall

12   file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt

13   of any opposition.

14         4.     Petitioner is reminded that all communications with the court must be

15   served on Respondent by mailing a true copy of the document to Respondent's

16   counsel.  Petitioner must also keep the Court and all parties informed of any change

17   of address.

18

19   DATED: _____8/15/14_____

20                                    HOWARD R. LLOYD
                                      United States Magistrate Judge
21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BRUCE JOSEPH CLEMMONS,

          Petitioner,

   v.

JEFFREY BEARD,

          Respondent.

_____/

Case Number: CV14-02392 HRL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___8/15/2014___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Bruce Joseph Clemmons AC1963
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131-9641

Dated: ___8/15/2014___

P. Cromwell Deputy

Richard W. Wieking, Clerk