UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JOSEPH CLEMMONS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFREY BEARD, Warden,<br><br>　　　　Respondent. | Case No.  14-cv-02392-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting respondent's motion to dismiss, the Petition for Writ of Habeas Corpus is dismissed as untimely.  Judgment is entered in favor of respondent and against petitioner.  The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/10/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge